# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 9/22/2021 | Time: 2:05pm-2:53pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-06578-YGR | Case Name: Zogenix, Inc. v. Federal Insurance Company | |

**Attorney for Plaintiff:** Steven Lesan and James Tabb
**Attorney for Defendant:** Susan Sullivan, Blair Kaminsky and Daniel Sullivan

**Deputy Clerk:** Frances Stone                **Court Reporter:** NOT REPORTED
                                                                  [Zoom recording]

## PROCEEDINGS
PRE-FILING CONFERENCE RE SUMMARY JUDGMENT HELD VIA ZOOM WEBINAR VIDEOCONFERENCE.